<u>UNDER SEAL</u>

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5068**　　　　　　　　　　　　　　September Term, 2018

**1:18-mc-00175-BAH**
**1:18-mc-00176-BAH**
**1:18-mc-00177-BAH**

**Filed On:** July 30, 2019

In re: Sealed Case,

------------------------------

Consolidated with 19-5100, 19-5102, 19-5103

　**BEFORE:** Tatel, Millett, and Pillard, *Circuit Judges*

# <u>UNDER SEAL OPINION</u>
# <u>NOT AVAILABLE TO PUBLIC</u>