# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 19-5068**　　　　　　　　　　　　　　**September Term, 2019**

**1:18-mc-00176-BAH**
**1:18-mc-00175-BAH**
**1:18-mc-00177-BAH**

**Filed On: October 2, 2019** [1809143]

In re: Sealed Case,

------------------------------

Consolidated with 19-5100, 19-5102,
19-5103

## M A N D A T E

In accordance with the judgment of July 30, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　Deputy Clerk